UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-62300-CIV-SMITH

AISHIA PETERSEN,

    Plaintiff,

vs.

THE CHEESECAKE FACTORY BAKERY,
INCORPORATED,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court *sua sponte*. On March 31, 2025, the Court issued its Notice of Court Practice on Notice of Settlement [DE 17], requiring the parties to file their Stipulation of Dismissal by May 30, 2025. The Notice states that failure to timely file the Stipulation of Dismissal "may result in dismissal of this case without further notice." A review of the record indicates that the parties have failed to file a Stipulation of Dismissal in accordance with Rule 41(a)(1). Accordingly, it is

    **ORDERED that:**

    1.    This matter is **DISMISSED.**

    2.    All pending motions are **DENIED as moot.**

    3.    This case is **CLOSED.**

    **DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of June, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record